# EXHIBIT B



VINCENT J. RUBINO III

DIRECT: 646.797.4345
FAX:  212.257.5796

VRUBINO@FABRICANTLLP.COM

**VIA COURIER AND EMAIL**

February 4, 2025

Mr. Bradley Lerman (blerman@starbucks.com)
Executive Vice President and Chief Legal Officer
Starbucks Corporation
2401 Utah Avenue South
Seattle, Washington 98134

Re:     *Valtrus Innovations Limited Patent Portfolio*

Dear Mr. Lerman:

Valtrus Innovations Limited ("Valtrus") is the owner of an extensive portfolio of patents originating from Hewlett Packard Enterprise Company ("HPE"). Valtrus acquired a portfolio comprising approximately 1,865 patents, including more than 1,500 U.S. patents.  Valtrus' portfolio covers a range of products and technologies including open source code, communication devices such as personal computers, tablets and smartphones, networking devices, memory, processors, WLAN, network analytics, and many more related technologies. The portfolio includes patents whose use are ubiquitous in these areas. Valtrus is focused on licensing these patents to established entities and new entrants in the applicable markets. Further details regarding Valtrus may be found on the Valtrus website at:  www.valtrusinnovations.ie.

Valtrus has been studying its portfolio, as well as specific products and services offered for sale, made, used, and/or sold ("offerings") by Starbucks Corporation (hereinafter "Starbucks"), and believes that Starbucks requires a license from Valtrus.  Preliminary analysis reveals that Starbucks is currently making, using, selling, or offering for sale products and services that practice (directly or indirectly) one or more of the Valtrus patents.  The attached Table 1 is a select list of Starbucks' products and/or service offerings that practice and/or practiced one or more claims of at least the listed patents.  As Valtrus continues to analyze its patent portfolio with respect to Starbucks, additional patents and/or additional Starbucks offerings may be brought to your attention, as appropriate.

In bringing this matter to your attention, Valtrus wants to assure Starbucks that Valtrus' intention is to allow Starbucks to continue its use of these patents through a license from Valtrus.

Fabricant LLP is working with Valtrus Innovations on this matter which, in turn, is working with Patent Platform Services.  We would like to meet with you and/or your designee(s) to discuss a licensing resolution.  Please kindly contact me with a proposed date and time for a meeting.  I can

**FABRICANT LLP**

Mr. Bradley Lerman
February 4, 2025
Page 2

be reached at vrubino@fabricantllp.com or you may contact Mr. Dave Rosenblatt at dave.rosenblatt@patentplatformservices.com.

I look forward to hearing from you.

Sincerely,

Vincent J. Rubino III

Copy to:
Mr. David Rosenblatt, Licensing Executive, Patent Platform Services
(dave.rosenblatt@patentplatformservices.com)
(licensing@valtrusinnovations.ie)

**FABRICANT LLP**

Mr. Bradley Lerman
February 4, 2025
Page 3

Table 1

Select Valtrus Patents Relevant to Starbucks

| Valtrus U.S. Patent Number | Title | Select Claim | Starbucks Relevant offerings |
|---|---|---|---|
| 6,889,244 | Method And Apparatus For Passing Messages Using A Fault Tolerant Storage System | Method claim 1 | All offerings using Apache Kafka (see, e.g., https://kafka.apache.org/) |
| 7,120,832 | Storage Device Performance Monitor | Method claim 25 | All offerings using Apache HBase (see, e.g., https://hbase.apache.org/) |
| 7,120,832 | Storage Device Performance Monitor | Method claim 25 | All offerings using Apache Cassandra (see, e.g., https://cassandra.apache.org/_/index.html) |
| 7,120,832 | Storage Device Performance Monitor | Method claim 25 | All offerings using RocksDB Universal Compaction (see, e.g., https://rocksdb.org/) |
| 7,120,832 | Storage Device Performance Monitor | Method claim 25 | All offerings using Apache Kafka Streams using RocksDB Universal Compaction (see, e.g., https://kafka.apache.org/; https://www.tutorialworks.com/kafka-vs-streams-vs-connect/) |
| 7,251,588 | System For Metric Introspection In Monitoring Sources | Method claim 13 | All offerings using Kubernetes (see, e.g., https://kubernetes.io/) |
| 7,376,953 | Apparatus And Method For Routing A Transaction To A Server | Method claim 1 | All offerings using Apache Kafka (see, e.g., https://kafka.apache.org/) |
| 7,640,332 | System And Method For Hot Deployment/Redeployment In Grid Computing Environment | Method claim 1 | All offerings using Kubernetes (see, e.g., https://kubernetes.io/) |
| 7,730,218 | Method And System For Configuration And Management Of Client Access To Network-Attached-Storage | Method claim 1 | All offerings using Apache Hadoop (see, e.g., https://hadoop.apache.org/) |
| 7,904,686 | Data Security For Use With A File System | Method claim 1 | All offerings using Apache Hadoop (see, e.g., https://hadoop.apache.org/) |
| 7,936,738 | Fault Tolerant Systems | Method claim 1 | All offerings using Apache Kafka (see, e.g., https://kafka.apache.org/) |

**FABRICANT LLP**

Mr. Bradley Lerman
February 4, 2025
Page 4

| <u>Valtrus U.S. Patent Number</u> | <u>Title</u> | <u>Select Claim</u> | <u>Starbucks Relevant offerings</u> |
|---|---|---|---|
| 8,370,416 | Compatibility Enforcement In Clustered Computing System | Method claim 1 | All offerings using Kubernetes (see, e.g., https://kubernetes.io/) |
| 8,379,538 | Model-Driven Monitoring Architecture | Method claim 7 | All offerings using Kubernetes (see, e.g., https://kubernetes.io/) |
| 8,965,843 | Prioritized Replication Paths | Method claim 1 | All offerings using Apache Cassandra (see, e.g., https://cassandra.apache.org/_/index.html) |