**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

September 26, 2025

**STARBUCKS CORPORATION V. VALTRUS INNOVATIONS LIMITED ET AL**
Case # 2:25−cv−01859−SKV

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

    **Improper Signature**
    The document as filed was not properly signed by Kathleen R. Geyer, Christopher P.
    Damitio. Signatures must be in accordance with <u>Federal Rule of Civil Procedure 11</u> and <u>Local
    Civil Rule 83.2</u>, and must comply with Section IV(L) of the <u>Electronic Filing Procedures</u>.
    **Please file a corrected signature page on or by 10/10/2025** by going to **Other Documents**
    and selecting **Praecipe to Attach Document** and relating it back to the original filing.

    **Jury Demand Improperly Indicated**
    Pursuant to <u>Local Civil Rule 38(b)</u> and in accordance with <u>Federal Rule of Civil Procedure 7</u>,
    the words JURY DEMAND shall be typed in capital letters on the first page immediately
    below the name of the pleading, to the right of the name of the case. The Jury Demand
    request entered by the filer has been removed from the docket until the request is properly
    submitted. In order to properly advise the Court of this request, counsel must file a separate
    Jury Demand by going to **Other Documents** and selecting **Jury Demand**.

    **Copyright/Patent/Trademark Forms Omitted**
    The Copyright/Patent/Trademark form(s) were omitted upon case opening. If applicable, the
    form(s) should be emailed to the proper jurisdictional court and **cannot** be electronically
    filed. Please email the form to newcases.seattle@wawd.uscourts.gov.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file