THE HONORABLE S. KATE VAUGHAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

STARBUCKS CORPORATION,

                    Plaintiff,

    v.

VALTRUS INNOVATIONS LIMITED and
KEY PATENT INNOVATIONS LIMITED,

                    Defendants.

Case No. 2:25-cv-1859-SKV

**STIPULATED MOTION TO EXTEND DEFENDANTS' RESPONSE TO THE COMPLAINT**

**NOTE ON MOTION CALENDAR: October 28, 2025**

Complaint Filed September 25, 2025

JURY TRIAL DEMANDED

STIPULATED MOT TO EXTEND DEFS'
RESPONSE TO COMPLAINT
CASE NO. 2:25-CV-1859-SKV

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

**THE HONORABLE S. KATE VAUGHAN**

Pursuant to LCR 7(d)(1), Plaintiff Starbucks Corporation ("Starbucks") and Defendants Valtrus Innovations Limited ("Valtrus") and Key Patent Innovations Limited ("KPI") (collectively, "Defendants") request that Defendants' response to Starbucks' complaint be due on February 12, 2026. Defendants agreed to waive service pursuant to Rule 4(d) effective on October 15, 2025 in exchange for an additional 30 days to respond to the complaint for a total of 120 days. Dkts. 18, 19; Fed. R. Civ. P. 4(d)(3) (extending time to respond for foreign defendants for 90 days). Starbucks agreed to this extension. Therefore, the Parties stipulate that Defendants' response to the complaint be due on February 12, 2026.

Based on the foregoing,

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
S. KATE VAUGHAN
United States Magistrate Judge

STIPULATED MOT TO EXTEND DEFS'
RESPONSE TO COMPLAINT
CASE NO. 2:25-CV-1859-SKV

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

**THE HONORABLE S. KATE VAUGHAN**

Dated: October 28, 2025                    Respectfully submitted,


By:  */s/ Dario A. Machleidt*
Dario A. Machleidt (State Bar No. 41860)
Kathleen R. Geyer (State Bar No. 55493)
Christopher P. Damitio (State Bar No. 58633)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
dmachleidt@kilpatricktownsend.com
kgeyer@kilpatricktownsend.com
cdamitio@kilpatricktownsend.com

Rachael Lamkin (*admitted PHV*)
(CA State Bar No. 246066)
**BAKER BOTTS LLP**
101 California Street
Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
rachael.lamkin@bakerbotts.com

Thomas B. Carter, Jr. (*admitted PHV*)
(TX State Bar No. 24097467)
**BAKER BOTTS LLP**
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1234
Facsimile:  (713) 229-1400
thomas.carter@bakerbotts.com

*Attorneys for Plaintiff*
*Starbucks Corporation*

STIPULATED MOT TO EXTEND DEFS'
RESPONSE TO COMPLAINT
CASE NO. 2:25-CV-1859-SKV
- 2 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

**THE HONORABLE S. KATE VAUGHAN**

By: */s/ Steven Fogg*
      Jason G. Sheasby (*pro hac vice forthcoming*)
      jsheasby@irell.com
      Andrew Strabone (*pro hac vice forthcoming*)
      astrabone@irell.com
      Lucas S. Oxenford (*pro hac vice forthcoming*)
      loxenford@irell.com
      Megan Dieffenbach (*pro hac vice forthcoming*)
      mdieffenbach@irell.com
      IRELL & MANELLA LLP
      1800 Avenue of the Stars, Ste. 900
      Los Angeles, CA 90067
      310-277-1010

      Steven Fogg (State Bar No. 23528)
      sfogg@corrcronin.com
      Rachel Hay (State Bar No. 60245)
      rhay@corrcronin.com
      CORR CRONIN LLP
      1015 Second Avenue, Floor 10
      Seattle, WA 98104
      206-625-8600

      *Counsel for Defendants*
      *Valtrus Innovations Limited and Key Patent*
      *Innovations Limited*

STIPULATED MOT TO EXTEND DEFS'
RESPONSE TO COMPLAINT
CASE NO. 2:25-CV-1859-SKV

- 3 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600