**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VALTRUS INNOVATIONS LIMITED and<br>KEY PATENT INNOVATIONS LIMITED,<br><br>　　　　　　　　　Defendants. | Case No. 2:25-cv-1859-JHC<br><br>**STIPULATED MOTION & ORDER TO EXTEND DEFENDANTS' RESPONSE TO THE COMPLAINT**<br><br>JURY TRIAL DEMANDED |

1  Pursuant to LCR 7(d)(1), Plaintiff Starbucks Corporation ("Starbucks") and Defendants Valtrus Innovations Limited ("Valtrus") and Key Patent Innovations Limited ("KPI") (collectively, "Defendants") request that Defendants' response to Starbucks' complaint be due on February 12, 2026. Defendants agreed to waive service pursuant to Rule 4(d) effective on October 15, 2025 in exchange for an additional 30 days to respond to the complaint for a total of 120 days. Dkts. 18, 19; Fed. R. Civ. P. 4(d)(3) (extending time to respond for foreign defendants for 90 days). Starbucks agreed to this extension. Therefore, the Parties stipulate that Defendants' response to the complaint be due on February 12, 2026.

Based on the foregoing,

IT IS SO ORDERED.

DATED this 30th day of October, 2025.

_____
JOHN H. CHUN
United States District Judge

| | | |
|---|---|---|
| 1 | Dated: October 28, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Dario A. Machleidt* |
| | | Dario A. Machleidt (State Bar No. 41860) |
| | | Kathleen R. Geyer (State Bar No. 55493) |
| 4 | | Christopher P. Damitio (State Bar No. 58633) |
| | | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| 5 | | 1420 Fifth Avenue, Suite 3700 |
| | | Seattle, WA 98101 |
| 6 | | Telephone: (206) 467-9600 |
| | | dmachleidt@kilpatricktownsend.com |
| 7 | | kgeyer@kilpatricktownsend.com |
| | | cdamitio@kilpatricktownsend.com |
| 8 | | |
| 9 | | Rachael Lamkin (*admitted PHV*) |
| | | (CA State Bar No. 246066) |
| 10 | | **BAKER BOTTS LLP** |
| | | 101 California Street |
| | | Suite 3200 |
| 11 | | San Francisco, CA 94111 |
| | | Telephone: (415) 291-6200 |
| 12 | | Facsimile: (415) 291-6300 |
| | | rachael.lamkin@bakerbotts.com |
| 13 | | |
| | | Thomas B. Carter, Jr. (*admitted PHV*) |
| 14 | | (TX State Bar No. 24097467) |
| | | **BAKER BOTTS LLP** |
| 15 | | One Shell Plaza |
| | | 910 Louisiana Street |
| 16 | | Houston, TX 77002 |
| | | Telephone: (713) 229-1234 |
| 17 | | Facsimile:  (713) 229-1400 |
| | | thomas.carter@bakerbotts.com |
| 18 | | |
| 19 | | *Attorneys for Plaintiff* |
| | | *Starbucks Corporation* |

STIPULATED MOT TO EXTEND DEFS'
RESPONSE TO COMPLAINT                - 2 -
CASE NO. 2:25-CV-1859-JHC

1
2
3            By: */s/ Steven Fogg*
              Jason G. Sheasby (*pro hac vice forthcoming*)
4              jsheasby@irell.com
              Andrew Strabone (*pro hac vice forthcoming*)
5              astrabone@irell.com
              Lucas S. Oxenford (*pro hac vice forthcoming*)
6              loxenford@irell.com
              Megan Dieffenbach (*pro hac vice forthcoming*)
7              mdieffenbach@irell.com
              IRELL & MANELLA LLP
8              1800 Avenue of the Stars, Ste. 900
              Los Angeles, CA 90067
9              310-277-1010

10             Steven Fogg (State Bar No. 23528)
              sfogg@corrcronin.com
11             Rachel Hay (State Bar No. 60245)
              rhay@corrcronin.com
12             CORR CRONIN LLP
              1015 Second Avenue, Floor 10
13             Seattle, WA 98104
              206-625-8600
14
              *Counsel for Defendants*
15             *Valtrus Innovations Limited and Key Patent*
              *Innovations Limited*
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOT TO EXTEND DEFS'
RESPONSE TO COMPLAINT     - 3 -
CASE NO. 2:25-CV-1859-JHC