UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION, | Case No. 2:25-cv-1859-JHC |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION TO STAY** |
| v. | |
| VALTRUS INNOVATIONS LIMITED and KEY PATENT INNOVATIONS LIMITED., | |
| Defendants. | |

Upon consideration of the Parties' Stipulated Motion to Stay, Dkt. # 36:

**IT IS ORDERED THAT**: This action is stayed pending an Order from the Court on Defendants' Motion to Strike and to Dismiss Plaintiff's Complaint.  If Defendants' Motion is denied, Defendants' responses to Plaintiff's discovery requests served on December 29, 2025 shall be due ten (10) days after any such Order.

Dated: January 23, 2026.

John H. Chun
United States District Judge

ORDER GRANTING MOTION TO STAY
Case No. 2:25-cv-1859-JHC