The Honorable John H. Chun

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| Starbucks Corporation, | Case No.: 2:25-cv-01859-JHC |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Valtrus Innovations Limited and Key Patent Innovations Limited, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Starbucks Corporation ("Starbucks") and Defendants Valtrus Innovations Limited ("Valtrus") and Key Patent Innovations Limited ("KPI") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate to the dismissal of this action in its entirety with prejudice, with each party bearing its own costs and attorneys' fees.

JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE
No. 2:25-cv-1859-JHC                    1

**BAKER BOTTS L.L.P.**
101 California Street, Ste. 3200
San Francisco, CA 94111
415-291-6200

SO STIPULATED THIS 7th DAY OF APRIL, 2026.

For Plaintiff:

By: */s/ Rachael D. Lamkin*
Rachael D. Lamkin (*pro hac vice*)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
(415) 291-6200

Thomas B. Carter, Jr. (*pro hac vice*)
thomas.carter@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1234

By: */s/ Dario A. Machleidt*
Dario A. Machleidt (State Bar No. 41860)
Kathleen R. Geyer (State Bar No. 55493)
Christopher P. Damitio (State Bar No. 58633)
KILPATRICK TOWNSEND &
STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
dmachleidt@kilpatricktownsend.com
kgeyer@kilpatricktownsend.com
cdamitio@kilpatricktownsend.com

*Counsel for Plaintiff Starbucks Corporation*

For Defendants:

By: */s/Andrew Strabone (with permission)*
Steven W. Fogg, WSBA No. 23528
sfogg@corrcronin.com
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
206-625-8600

Jason G. Sheasby (*admitted pro hac vice*)
jsheasby@irell.com
Andrew Strabone (*admitted pro hac vice*)
astrabone@irell.com
Lucas S. Oxenford (*admitted pro hac vice*)
loxenford@irell.com
Megan Dieffenbach (*admitted pro hac vice*)
mdieffenbach@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067
310-277-1010

*Counsel for Defendants*
*Valtrus Innovations Limited and Key Patent Innovations Limited*

JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE
No. 2:25-cv-1859-JHC                    2

**BAKER BOTTS L.L.P.**
101 California Street, Ste. 3200
San Francisco, CA 94111
415-291-6200